IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNION PACIFIC RAILROAD COMPANY,** | ) | **CASE NO. 8:11CV373** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| **THE TIMKEN COMPANY, and MERIDIAN RAIL SERVICES, doing business as Greenbrier Rail Services,** | ) ) ) ) ) | |
| Defendant. | ) ) | |
| **UNION PACIFIC RAILROAD COMPANY,** | ) ) ) | **CASE NO. 8:12CV4** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **REASSIGNMENT ORDER** |
| **MERIDIAN RAIL ACQUISITION CORP., doing business as Greenbrier Rail Services, and JOHN DOE CORPORATION(S) 1 THROUGH 50,** | ) ) ) ) ) ) | |
| Defendants. | ) | |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4). Accordingly, Case No. 8:12CV4, *Union Pacific Railroad Company v. Meridian Rail Acquisition Corp., et al.*, is reassigned to Senior Judge Lyle E. Strom for disposition and remains assigned to Magistrate Judge Thomas D. Thalken.

SO ORDERED.

DATED this 30th day of January, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge