IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV373 |
| v. | ) ) | |
| THE TIMKEN COMPANY and MERIDIAN RAIL ACQUISITION CORP., d/b/a GREENBRIER RAIL SERVICES, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

      This matter is before the Court on plaintiff's motion for leave to amend amended complaint (Filing No. 37).  The Court notes defendants have no objection.  Accordingly,

      IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until March 9, 2012, to file its second amended complaint.

      DATED this 5th day of March, 2012.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court