IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNION PACIFIC RAILROAD           )
COMPANY,                         )
                                 )
              Plaintiff,         )      8:11CV373
                                 )
       v.                        )
                                 )
THE TIMKEN COMPANY and           )      ORDER
MERIDIAN RAIL ACQUISITION        )
CORP., d/b/a GREENBRIER RAIL     )
SERVICES,                        )
                                 )
              Defendants.        )
_____)
```

This matter is before the Court on the stipulation to extend expert disclosure deadline (Filing No. 63).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted.

2)  The plaintiff shall have until February 22, 2013, to identify all expert witnesses and serve the statement required by Fed.R.Civ.P. 26(a)(2) regarding each expert witness it expects to call to testify at trial.

3) The defendants shall have until March 22, 2013, to identify all expert witnesses and serve the statement required by Fed.R.Civ.P. 26(a)(2) regarding each expert witness they expect to call to testify at trial.

      4) Plaintiff's deadline to serve rebuttal expert reports, if any, remains on April 19, 2013.

      DATED this 28th day of September, 2012.

      BY THE COURT:

      /s/ Lyle E. Strom

      _____
      LYLE E. STROM, Senior Judge
      United States District Court