```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV373 |
| v. | ) ) | |
| THE TIMKEN COMPANY and MERIDIAN RAIL ACQUISITION CORP., d/b/a GREENBRIER RAIL SERVICES, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation for extension of expert deadlines (Filing No. 77). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted.

2) The plaintiff shall have until March 8, 2013, to identify all expert witnesses and serve the statement required by Fed.R.Civ.P. 26(a)(2) regarding each expert witness it expects to call to testify at trial.

3) The defendants shall have until April 5, 2013, to identify all expert witnesses and serve the statement required by Fed.R.Civ.P. 26(a)(2) regarding each expert witness they expect to call to testify at trial.

    4) Plaintiff's deadline to serve rebuttal expert reports is April 26, 2013.

    DATED this 28th day of February, 2013.

          BY THE COURT:

          /s/ Lyle E. Strom
          _____
          LYLE E. STROM, Senior Judge
          United States District Court