IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV373 |
| v. | ) ) ) | |
| THE TIMKEN COMPANY and MERIDIAN RAIL ACQUISITION CORP., d/b/a GREENBRIER RAIL SERVICES, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint motion to continue trial and discovery (Filing No. 83).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1) The progression order (Filing No. 30) is vacated, and discovery is stayed pending mediation.

2) The parties shall file a status report with the Court on or before June 12, 2013, together with a proposed scheduling order, if mediation is not successful.

DATED this 26th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court