IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 8:11CV373 |
| v. | ) ) | |
| THE TIMKEN COMPANY and MERIDIAN RAIL ACQUISITION CORP., d/b/a GREENBRIER RAIL SERVICES, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on plaintiff's motion for leave to amend amended complaint (Filing No. 87).  The Court notes defendant has no objection.  Accordingly,

IT IS ORDERED that plaintiff's motion for leave to amend amended complaint is granted.  Plaintiff shall have until August 9, 2013, to file its second amended complaint.

DATED this 29th day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court