IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNION PACIFIC RAILROAD           )
COMPANY,                         )
                                 )
               Plaintiff,        )        8:11CV373
                                 )
       v.                        )
                                 )
THE TIMKEN COMPANY and           )        ORDER
MERIDIAN RAIL ACQUISITION        )
CORP., d/b/a GREENBRIER RAIL     )
SERVICES,                        )
                                 )
               Defendants.       )
_____  )
```

This matter is before the Court on plaintiff's motion for an extension of time to respond to the Timken Company's motion for summary judgment (Filing No. 98).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Plaintiff shall have until September 13, 2013, to respond to Timken's motion for summary judgment.

DATED this 14th day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court