IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNION PACIFIC RAILROAD         )
COMPANY,                       )
                               )
            Plaintiff,         )       8:11CV373
                               )
      v.                       )
                               )
THE TIMKEN COMPANY and         )       ORDER
MERIDIAN RAIL ACQUISITION      )
CORP., d/b/a GREENBRIER RAIL   )
SERVICES,                      )
                               )
            Defendants.        )
_____ )
```

This matter is before the Court on defendants The Timken Company and Meridian Rail Acquisition Corp.'s motion for extension of expert disclosure deadline (Filing No. 120). The Court notes all parties agree to the extension and it finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Defendants shall have until October 14, 2013, to disclose expert witnesses.

DATED this 1st day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court